LINDA R. SHARP v. D. KEITH TEAGUE AND D. KEITH TEAGUE, P.A.

No. 155PA94

(Filed 3 March 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 113 N.C. App. 589, 439 S.E.2d 792 (1994), affirming a judgment of Owens, J., entered on 24 September 1992 in Superior Court, Dare County. Heard in the Supreme Court 14 February 1995.

*Carol M. Schiller for plaintiff-appellant.*

*Baker, Jenkins, Jones & Daly, P.A., by Ronald G. Baker and Kevin N. Lewis, for defendants-appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.